■ CLARENCE JONES, Respondent, v LEHR CONSTRUCTION CORP. et al., Appellants, et al., Defendant. (And a Third-Party Action.) [850 NYS2d 901]—Appeal from an order, Supreme Court, Bronx County (Mary Ann Brigantti-Hughes, J.), entered September 26, 2006, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Lippman, P.J., Andrias, Nardelli, Buckley and Acosta, JJ. [*See* 13 Misc 3d 1213(A), 2006 NY Slip Op 51814(U).]